UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID GARCIA SANCHEZ, | ) | No. SA CV 12-990-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 14, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE